# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Lil' Man Snowmobile/Jet</u>
<u>Ski Rentals, Inc.</u>
<u>Edward C. Furlong, III</u>

   v.                                         Civil No. 08-cv-511-PB

<u>Bartlett Water Precinct</u>
<u>Town of Bartlett</u>
<u>United States of America</u>

### **O R D E R**

Plaintiff is ordered to submit a memorandum in support of its claim for subject matter jurisdiction under 28 U.S.C. § 1346. Plaintiff is ordered to serve a copy of this order and the memorandum on defendants, to allow them the opportunity to respond.

   **SO ORDERED.**

                                    /s/ James R. Muirhead
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: January 7, 2009

cc:   Christopher T. Meier, Esq.